APR 19 2010

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS WILLIAMS                    )
                                   )
        Plaintiff,                 )          Civil Action No.
                                   )          1:10-cv-00756-TCB
v.                                 )
                                   )
                                   )
STATE FARM FIRE AND                )
CASUALTY COMPANY,                  )
                                   )
        Defendant.                 )

## SCHEDULING ORDER

**Upon review of the information contained in the *Preliminary Planning Report and Discovery Plan* form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified:**

**IT IS SO ORDERED, this 19th day of April 2010.**

The Honorable Timothy C. Batten, Sr.
United States District Court

13