DATE: May 5, 2010

TO: ALL JUDGES, CLERKS OF COURT AND COUNSEL OF RECORD

FROM: DENISE W. SPITALNICK, ESQ.

RE: NOTICE OF LEAVE OF ABSENCE

---

COMES NOW DENISE W. SPITALNICK and respectfully notifies all Judges before whom she has cases pending, all affected clerks of court, and all counsel of record , that she will be on leave pursuant to Georgia Uniform Court Rule 16.  Attached is Exhibit "A" certifying that all counsel of record have been notified of the same.

1. The period of leave during which DENISE W. SPITALNICK will be away from the practice of law are:

**June 17 - June 20, 2010 - for State Bar Annual Conference**

**July 12 - July 14, 2010  - for medical family leave**

All affected Judges and counsel of record shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted,

*Denise W. Spitalnick*
DENISE W. SPITALNICK
Georgia Bar Number 746210

**HALL BOOTH SMITH & SLOVER, P.C.**
191 Peachtree Street, NE, Ste. 2900
(404) 954-5000
(404) 954-5020 FAX

1868134-1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS WILLIAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>)<br>Defendant. ) | Civil Action No.<br>1:10-cv-00756-TCB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice automatically send e-mail notification of such filing to the following attorneys of record:

**John D. Hadden**
**Turkheimer & Hadden, LLC**
**44 Broad Street, Suite 600**
**Atlanta, Georgia 30303**

/s/ Denise W. Spitalnick
DENISE W. SPITALNICK
Georgia Bar Number 746210

**HALL BOOTH SMITH & SLOVER, P.C.**
191 Peachtree Street, NE, Ste. 2900
(404) 954-5000
(404) 954-5020 FAX

1868134-1