DATE:       June 4, 2010

TO:         ALL JUDGES, CLERKS OF COURT AND COUNSEL OF RECORD

FROM:       JAMES H. FISHER, II, ESQ.

RE:         NOTICE OF LEAVE OF ABSENCE

---

COMES NOW JAMES H. FISHER, II and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all counsel of record, that he will be on leave pursuant to Georgia Uniform Court Rule 16. Attached is Exhibit "A" certifying that all counsel of record have been notified of the same.

1. The period of leave during which JAMES H. FISHER, II will be away from the practice of law is:

**July 2 - 14, 2010 for family vacation**

All affected Judges and counsel of record shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted,

_____
JAMES H. FISHER, II
Georgia Bar Number 261850

**HALL BOOTH SMITH & SLOVER, P.C.**
191 Peachtree Street, NE, Ste. 2900
(404) 954-5000
(404) 954-5020 FAX

1891327-1

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DENNIS WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:10-cv-00756-TCB |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this 4th day of June, 2010, served a copy of the foregoing Notice of Leave of Absence with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**John D. Hadden**
**Turkheimer & Hadden, LLC**
**44 Broad Street, Suite 600**
**Atlanta, Georgia 30303**

/s/ JAMES H. FISHER, II
JAMES H. FISHER, II
Georgia Bar Number 261850

**HALL BOOTH SMITH & SLOVER, P.C.**
191 Peachtree Street, NE, Ste. 2900
(404) 954-5000
(404) 954-5020 FAX

1891327-1